TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00633-CR








Mark Isaac, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NO. 3041211, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



Mark Isaac seeks to appeal from a judgment of conviction for possession of a
controlled substance. Sentence was imposed on July 19, 2004. There was no motion for new trial. 
The deadline for perfecting appeal was therefore August 18, 2004. Tex. R. App. P. 26.2(a)(1). A
pro se notice of appeal was filed on September 15, 2004. Under the circumstances, we lack
jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of
jurisdiction. See Slaton v. State, 981 S.W.2d 208 (Tex. Crim. App. 1998); Olivo v. State, 918
S.W.2d 519, 522-23 (Tex. Crim. App. 1996). (1)


The appeal is dismissed.



 __________________________________________

 Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed: October 28, 2004

Do Not Publish
1. We also note that the trial court has certified, and the record confirms, that this is a plea bargain
case and Isaac has no right of appeal. See Tex. R. App. P. 25.2(a)(2).